**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

   **v.**                                            Case No. 07-cr-30-PB

<u>Roselyn Adeyeye</u>

**O R D E R**

The defendant, through counsel, has moved to continue the July 10, 2007 trial in the above case, citing the need for additional time to complete discovery and engage in plea negotiations. The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 10, 2007 to September 5, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 26, 2007 final pretrial conference is continued to August 29, 2007 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 25, 2007

cc: Mark Howard, Esq.
    Alfred Rubega, AUSA
    United States Probation
    United States Marshal