```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                                    Case No. 07-cr-30-PB

**Roselyn Adeyeye**


**O R D E R**

The defendant, through counsel, has moved to continue the November 6, 2007 trial in the above case, citing the need for a continuance as the government recently declined her request for pretrial diversion and she now requires additional time to prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 6, 2007 to January 8, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendant in a speedy trial

The October 24, 2007 final pretrial conference is continued to December 17, 2007 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 24, 2007

cc: Mark Howard, Esq.
    Alfred Rubega, AUSA
    United States Probation
    United States Marshal